An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| DAY WILLIAMS AND KENNETH D. SISCO,<br>Appellants,<br>vs.<br>F. DEARMOND SHARP, ESQ., AN INDIVIDUAL; ROBISON BELAUSTEGUI SHARP & LOW, A NEVADA PROFESSIONAL CORPORATION; CHRIS D. NICHOLS, ESQ., AN INDIVIDUAL; BELDING, HARRIS & PETRONI; JEFFREY L. HARTMAN, AN INDIVIDUAL; AND HARTMAN & HARTMAN, P.C.,<br>Respondents. | No. 61891<br><br>FILED<br><br>MAR 15 2013<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY_____<br>DEPUTY CLERK |

### ORDER DISMISSING APPEAL

Appellants have filed a "notice of dismissal," indicating that they seek to "dismiss this appeal, with Appellants to pay fees and costs that are due." We construe appellants' notice as a motion to voluntarily dismiss, and that motion is granted. NRAP 42(b). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

13-07921

cc:    Hon. David A. Hardy, District Judge
        Cathy Valenta Weise, Settlement Judge
        Day R. Williams, Attorney at Law
        Kenneth Dale Sisco
        Belding, Harris & Petroni
        Robison Belaustegui Sharp & Low
        Hartman & Hartman
        Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A